UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| | |
|---|---|
| Case No. | CV 16-05221 DSF (JCx) |
| Title | Martinez v. Marketsource, Inc. |
| Date | 09/22/16 |

**Present: The Honorable** DALE S. FISCHER, United States District Judge

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs | Attorneys Present for Defendants |
| Not Present | Not Present |

**Proceedings:** (In Chambers)

   The Court finds both Plaintiff's motion to remand and Defendant's motion to dismiss suitable for disposition without a hearing. <u>See</u> Fed. R. Civ. P. 78, Local Rule 7-15.  The hearings set for September 26, 2016 are removed from the Court's calendar.

   Plaintiff's motion to remand contained no evidence to support his request.  After this was pointed out in Defendant's opposition, Plaintiff provided evidence in his reply.  In light of this, Defendant is granted leave to file a sur-reply of no more than 8 pages no later than October 6.  The matter will then be under submission.

   IT IS SO ORDERED.